1

2

3

4

5

6

7

8                     United States District Court

9                    Eastern District of California

10

11

12   Johnathan Conrad Fuller,

13          Plaintiff,                  No. Civ. S 04-1276 FCD PAN P

14      vs.                             Findings & Recommendations

15   California Department
     of Corrections, et al.,
16
            Defendants.
17                                      -oOo-

18      January 6, 2005, the court directed plaintiff to submit

19   papers necessary to serve process upon defendants. January 24,

20   2005, plaintiff submitted the papers and a request for a

21   preliminary injunction against retaliation in the form of

22   interference with plaintiff's ability to comply with the court's

23   January 6, 2005, order.

24      Since plaintiff complied with the January 6, 2005, order,

25   the January 24, 2005, motion should be denied as moot.

26      Pursuant to the provisions of 28 U.S.C. § 636(b)(1), these

findings and recommendations are submitted to the United States District Judge assigned to this case.  Written objections may be filed within 20 days of service of these findings and recommendations.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  The district judge may accept, reject, or modify these findings and recommendations in whole or in part.

Dated:  June 7, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge